# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHLEEN CORNELIA

VERSUS

CLAIRE WHITE AND WILLIE
WHITE, III

NO.  2024 CW 0618

**SEPTEMBER 23, 2024**

---

In Re:   Claire White and Willie White, III, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202410585.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
CHH

**Chutz, J.,** dissents and would grant the writ and reverse the portion of the trial court's June 17, 2024 judgment, which denied the Exception of Lack of Subject Matter Jurisdiction filed by defendants, Claire and Willie White, III. The allegations of the Petition for Custody of Minor Child are insufficient to determine that a court of this state has jurisdiction to make an initial child custody determination. See La. R.S. 13:1813. Therefore, I would grant the Exception of Lack of Subject Matter Jurisdiction and dismiss the Petition for Custody of Minor Child filed by plaintiff, Kathleen Cornelia. Furthermore, I would vacate the portions of the trial court's June 17, 2024 judgment, which overruled the Exceptions of No Cause of Action, No Right of Action, and Lack of Personal Jurisdiction filed by defendants, Claire and Willie White, III. However, I would remand the matter to the trial court with instructions to allow Kathleen Cornelia the opportunity to amend her Petition for Custody of Minor Child, if she can, within a delay deemed reasonable by the trial court. See La. Code Civ. P. art. 934.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT